# MEMORANDUM DECISIONS.

Alabama Coal Company, a corporation under the laws of Alabama, Plaintiff in Error, vs. John G. Christopher, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*Jno. L. Doggett and A. W. Cockrell & Son,* for Plaintiff in Error.

*H. H. Buckman,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

Albion Mining & Manufacturing Company, a corporation under the laws of Florida, Appellant, vs. S. Y. Finley and G. D. Younglove, Appellees.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

*W. W. Hampton,* for Appellant.

*Horatio Davis,* for Appellee.